IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

**WEST VIRGINIA HIGHLANDS**
**CONSERVANCY, WEST VIRGINIA**
**RIVERS COALITION AND SIERRA CLUB,**

      **Plaintiffs,**

**v.**                                **CIVIL ACTION NO. 1:16-cv-70**

**AUSTIN CAPERTON, Secretary, West Virginia**
**Department of Environmental Protection,**

      **Defendant.**

## MOTION TO WITHDRAW OBJECTION

On July 10, 2017, the Court entered a Consent Decree resolving this matter in its entirety, except for the single issue of Plaintiffs' attorney fees and costs. (ECF Doc. 37)  On July 24, 2017, Plaintiffs filed a motion for such fees and costs. (ECF Doc. 38)  That motion was referred to Magistrate Judge Aloi, who on October 10, 2017, granted Plaintiffs' motion. (ECF Doc. 51.)  On October 24, 2017, Defendant objected to that Order. (ECF Doc. 52.)  Briefing followed.

To resolve the remaining issue of attorney fees and costs, Defendant hereby moves to withdraw its Objection to the Magistrate's Order.

                                        Respectfully submitted,

                                        */s/ Benjamin L. Bailey*
                                        Benjamin L. Bailey (WVSB No. 200)
                                        Bailey & Glasser, LLP
                                        209 Capitol Street
                                        Charleston, WV 25301
                                        (304) 345-6555 – telephone
                                        (304) 342-1110 – facsimile

                                        *Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

**WEST VIRGINIA HIGHLANDS**
**CONSERVANCY, WEST VIRGINIA**
**RIVERS COALITION AND SIERRA CLUB,**

       **Plaintiffs,**

v.        CIVIL ACTION NO. 1:16-cv-70

**AUSTIN CAPERTON, Secretary, West Virginia**
**Department of Environmental Protection,**

       **Defendant.**

## CERTIFICATE OF SERVICE

    I, Benjamin L. Bailey, do hereby certify that on November 4, 2019, I electronically filed the foregoing **Motion to Withdraw Objection** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

        J. Michael Becher, Esquire
        Derek Teaney, Esquire
        Joseph M. Lovett, Esquire
        Appalachian Mountain Advocates
        P. O. Box 507
        Lewisburg, WV  24901

        James M. Hecker, Esquire
        Public Justice
        1620 L Street N.W. Suite 630
        Washington, D.C. 20036

        */s/ Benjamin L. Bailey*
        Benjamin L. Bailey (WVSB No. 200)